**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 30, 2025

**BY ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Selmar*, (S3) 24 Cr. 188 (LAK)

Dear Judge Kaplan:

The Government respectfully writes on behalf of the parties to correct a clerical error in the docket number for this matter. On April 24, 2025, defendant Samuel Selmar voluntarily surrendered, waived indictment before the Honorable Jennifer E. Willis, and entered a guilty plea to a superseding information (the "Superseding Information") in the above-captioned case.[1] The Superseding Information filed by the Government as to defendant Selmar was captioned "(S2) 24 Cr. 188." This docket number is also referenced in the plea agreement between Selmar and the Government. Following Thursday's proceeding, the Clerk's Office correctly observed, however, that the caption for the Superseding Information should have been "(S3) 24 Cr. 188."

To resolve this typographical error, the Clerk's Office has advised that the Court must authorize the Clerk's Office to strike through the docket number contained on the Superseding Information to which the defendant pled guilty—(S2) 24 Cr. 188 (LAK)—and replace it with the correct number—(S3) 24 Cr. 188 (LAK). The parties, therefore, jointly request that the Court

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
10/16/25

---

[1] The Government will provide a copy of the plea agreement, plea transcript, and a proposed order accepting the plea for the Court's review under separate cover.

Case 1:24-cr-00188-LAK  Document 82  Filed 10/16/25  Page 2 of 2
Case 1:24-cr-00188-LAK  Document 69  Filed 04/30/25  Page 2 of 2

Page 2

authorize the Clerk's Office to do so. Going forward, the parties will refer to *United States v. Selmar* using the corrected docket number, (S3) 24 Cr. 188 (LAK).

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

      by:   /s/
                James Mandilk
                Assistant United States Attorney
                (212) 637-2453

cc:     Counsel of record (via ECF)