# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

February 27, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-26

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

Re: *United States v. Samuel Selmar*, 24-cr-188-LAK

Dear Judge Kaplan:

We respectfully write to request permission for Mr. Selmar to travel to the Northern District of Florida from March 31 to April 10.

As Your Honor is aware, Mr. Selmar has pleaded guilty and is scheduled to be sentenced in June. Although Mr. Selmar, under the terms of his bail, is allowed to travel to the Southern District of Florida, he needs court permission to travel to Northern District of Florida. He would like, however, to be able to travel to Destin, Florida (within the Northern District) to celebrate the Passover holiday there with his family. A Rabbi important to the family will also be observing the holiday there, including teaching classes during the holiday, and the Selmars would like to celebrate the holiday with him.

I have spoken to Mr. Selmar's probation office, who has no objection to this request, and the U.S. Attorney's Office, who defers to Probation.

Respectfully submitted,

/s/

Gedalia Stern

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/y/y6