# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

May 19, 2026

DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 -21-26

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

Re: *United States v. Samuel Selmar*, 24-cr-188-LAK

Dear Judge Kaplan:

We respectfully write, without objection from the government, to request an adjournment of Mr. Selmar's sentencing, which is currently scheduled for June 22, to a date convenient to Your Honor during either the last week of July or in early August (except Friday afternoons).

Before explaining the reason for this request, we want to provide a brief update to the Court. As Your Honor is aware from our previous letters, *see, e.g.,* Dkt. #80, the government has not been able to locate all the approximately 98 victims in this case, so that they can receive restitution. As a result, Mr. Selmar, in consultation with the government, decided to retain, at his own expense, a Claims Administrator or Special Master to attempt to locate the so-far unidentified victims, so that they can receive their appropriate restitution, which he agreed to pay up to the full $921,594.75. Mr. Selmar has now hired that Claims Administrator and recently finalized the contract with him. The Claims Administrator should begin working shortly and Mr. Selmar expects to put $500,000 into my firm's escrow account, to be used to pay restitution to any located victims, within a week or so.

Separately, undersigned counsel is currently on trial in Manhattan Supreme Court, and that trial is likely to last until mid-June, or slight thereafter. Due to that, we respectfully request an adjournment of Mr. Selmar's sentencing to a date sufficiently after the completion of the trial so that I can finalize Mr. Selmar's sentencing submission after the trial is completed.

We therefore request a new sentencing date, on a date convenient to Your Honor, during either the last week of July or in early August (other than Friday afternoons). I have spoken to the U.S. Attorney's Office and they have no objection to this request.

Respectfully,

/s/ Gedalia Stern

Gedalia Stern

Adjourned
to 9/17/2026 at
3 pm
SO ORDERED

LEWIS A. KAPLAN, USDJ
7/1/26