**Necheles Law, LLP**
1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

November 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 11/4/26

**Via ECF**
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Samuel Selmar*, 24-cr-188-LAK

Dear Judge Kaplan:

We respectfully write to request permission for Mr. Selmar to travel to Toronto, Canada this week to visit his brother there in the hospital.

As the Cout is aware, Mr. Selmar was recently sentenced to 24 months in prison. He is scheduled to report to prison on December 9. Mr. Selmar's younger brother unfortunately recently had surgery in Toronto to repair a tear in his esophagus and has been on a respirator now for a couple of weeks. Given this, Mr. Selmar would like to be able to go visit him at the hospital for a few days this week.

The Court previously granted permission for Mr. Selmar to travel to Canada for this purpose from October 18-20, Dkt. #114, but due to family circumstances, Mr. Selmar was ultimately unable to travel to Canada on those days. He therefore now requests permission to travel to Toronto from Wednesday, November 4 until Sunday, November 8, to visit his brother.

I have spoken both to Mr. Selmar's pre-trial officer and the assigned AUSA and neither has any objection to this request.

Respectfully submitted,

/s/

Gedalia M. Stern

Granted

SO ORDERED

11/4/26

LEWIS A. KAPLAN, USDJ